169 So. 903

**Margaret A. EVANS v. James M. EVANS.**

**8 Div. 650.**

Supreme Court of Alabama.

May 19, 1936.

PER CURIAM.

Appeal dismissed for want of prosecution.

169 So. 903

**J. W. EVINS, alias Nelson, v. STATE.**

**2 Div. 67.**

Supreme Court of Alabama.

May 28, 1936.

J. C. Locke, of Marion, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

PER CURIAM.

Appeal dismissed; appellant a fugitive from justice.

170 So. 913

**Henry, alias H. D., FREEMAN v. STATE.**

**7 Div. 410.**

Supreme Court of Alabama.

Nov. 5, 1936.

Jas. L. Carter, of Anniston, for appellant.

A. A. Carmichael, Atty. Gen., for appellee.

PER CURIAM.

Appeal dismissed by appellant.

171 So. 920

**C. J. GENTRY v. Mary E. GENTRY.**

**7 Div. 397.**

Supreme Court of Alabama.

Jan. 12, 1937.

PER CURIAM.

Appeal dismissed by appellant.

170 So. 917

**C. H. HARPER v. SOUTHERN LIFE & HEALTH INS. CO.**

**6 Div. 847.**

Supreme Court of Alabama.

Dec. 3, 1936.

Ewing & Perrine and Hugh A. Locke, all of Birmingham, for appellant.

Cabaniss & Johnston, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed on motion of appellant.

171 So. 920

**Ex parte W. H. HAYNES.**

**6 Div. 61.**

Supreme Court of Alabama.

Dec. 7, 1936.

Horace C. Wilkinson, of Birmingham, for petitioner.

PER CURIAM.

Rule nisi denied.